### 10694. RABURN *v.* THE STATE.

LUKE, J. The special grounds of the motion for new trial are without merit. There is evidence to support the verdict, and a new trial was properly refused.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 14, 1919.

Accusation of intoxication on highway; from city court of Carrollton—Judge Beall.    May 26, 1919.

*Leon Hood*, for plaintiff in error.

*Willis Smith, solicitor,* contra.